UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-20584-CR-MGC

UNITED STATES OF AMERICA

vs.

TANIA RODRIGUEZ,

Defendant.

_____/

## FACTUAL PROFFER

The United States and Defendant Tania Rodriguez ("Defendant") agree that had this case proceeded to trial, the United States of America would have proven, beyond a reasonable doubt, the following facts, among others, pertaining to a violation of Title 18, United States Code, Section 1347, which occurred in the Southern District of Florida and elsewhere.

In August 2014, Defendant incorporated a company called American United ("American"), which operated as a retail pharmacy providing prescription drugs to Medicare beneficiaries. Defendant was listed as the sole officer/director of American and was a signatory on American's bank accounts. Defendant also identified herself as the owner/operator of American on enrollment contracts with pharmacy benefit managers and documents with medication wholesalers. Additionally, Defendant worked with others at American, including co-conspirator Maria Inda ("Inda"), who were also involved in the criminal scheme.

Between November 2015 and May 2019, Defendant conspired and agreed with Inda and others to submit false and fraudulent claims via interstate wires to Medicare and Medicare drug plan sponsors. In particular, during that time, American billed Medicare (through pharmacy benefit managers) for a number of prescription drugs, totaling approximately $3.4 million, that

were allegedly dispensed to Medicare beneficiaries. However, law enforcement's investigation revealed a significant discrepancy between the amount of medications purchased by American as inventory and that purportedly dispensed to beneficiaries (and thus billed to Medicare). The parties agree that the actual loss to Medicare resulting from the fraud was approximately $1,450,000.

Law enforcement subsequently interviewed supposed beneficiaries of American, some of whom stated that they had never been to or received medications from American. For example, law enforcement interviewed R.B., a Medicare beneficiary, for whom American submitted a claim to Medicare for approximately $292 for a prescription of Symbicort on or about April 4, 2016. R.B. told law enforcement that he/she had never been to or received medications from American and had never taken Symbicort.

Law enforcement also interviewed a silent owner of American (Inda), who confirmed Defendant's knowing involvement in the fraud. Specifically, Inda stated that she and Defendant discussed and paid kickbacks to patients in exchange for submitting fraudulent claims. In addition, law enforcement spoke with a pharmacy technician for American, who stated that American billed for medications it did not dispense and that Defendant and others would pay kickbacks to patients and patient recruiters in exchange for submitting fraudulent claims.

Finally, American's bank records revealed that Defendant, who was a signatory on American's bank accounts, obtained approximately $855,498 as a result of this fraudulent scheme.

The parties agree that the fraud scheme in this case involved the use of interstate wires, including those required to submit claim information to Medicare for payment.

The information contained in this proffer is not a complete recitation of the facts and circumstances of this case, but the parties agree it is sufficient to prove Count 2 of the Indictment beyond a reasonable doubt.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 6/22/20   By: _____

DAVID S. TURKEN
ASSISTANT UNITED STATES ATTORNEY

Date: Jun 22, 2020   By: _____

EMMANUEL PEREZ
ATTORNEY FOR DEFENDANT

Date: Jun 22, 2020   By: _____

TANIA RODRIGUEZ
DEFENDANT

3