UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO. 19-20584-CR-COOKE

v.

TANIA RODRIGUEZ,

      Defendant

_____/

## DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTION TO THE PRESENTENCE INVESTIGATION REPORT AND SENTENCING MEMORANDUM

**COMES NOW,** the Defendant, TANIA RODRIGUEZ, by and through undersigned counsel, and hereby files this Reply to Government's Response to Defendant's Objection to the Presentence Investigation Report and Sentencing Memorandum and in support thereof states as follows:

1. The Defendant's intention in her response to the Presentence Investigation, was to separate herself and distinguish her admitted criminal conduct in this case from that of Maria Inda who is the individual with a decades long track record of committing fraud using pharmacies, home health agencies and other corporations and who upon learning that she was under investigation disguised her fraud activity by first using her common law husband, Carlos J. Garcia and her step-daughter, Heidy Garcia, and also using others such as Tania Rodriguez to perpetuate the fraud systematically.

1

2.    Ms. Rodriguez does not deny or downplay her wrongdoing, nor does she deny her own voluntary involvement over many months and her knowing that patients that Maria Inda brought to the pharmacy were getting paid having introduced her own husband to Ms. Inda.   All attempts at explaining her criminal behavior is purely undersigned counsel's comparing her to others and not the Defendant minimizing her role.

3.    Ms. Inda's wrongdoing stretches over many decades and involves many other people who like Tania Rodriguez choose to get themselves involved. Ms. Inda was singularly responsible for the involvement of her common-law husband, Carlos J. Garcia and his daughter, Heidy Garcia. She was also involved in Tania Rodriguez's pharmacy as well as another pharmacy belonging to Ileana Rodriguez, Case No. 18-20453-CR-UNGARO, not to mention Inda's own criminal indictment as well.

4.    People that commit criminal offenses engage in that conduct based on personal profit motives and follow a fact-based narrative that is often lubricated and motivated by others based on their own greed. The Government pushes for an "all or nothing" narrative without allowing the nuances of the factual story to be revealed in order to lump the Defendant into the broad category of the collective actions of all the Defendants. Such is seldom the case and is certainly not the case here either.

5.  Ms. Rodriguez's crimes were isolated to this one pharmacy late in her adult life involving Maria Inda who was a career fraudster who upon learning of the investigation rather than cease the fraud, Maria Inda, started to farm it out to others who but for her proposal would never have committed to offense.

WHEREFORE, Defendant, Tania Rodriguez, respectfully requests that the Court consider this response to the Government's reply in fashioning a just sentence and whatever other relief it deems just and reasonable.

Respectfully submitted,

/s/ Emmanuel Perez

_____
Emmanuel Perez, Esquire
Fla. Bar No.: 586552
Emmanuel Perez & Associates, P.A.
901 Ponce De Leon Boulevard, Suite 101
Coral Gables, Florida 33134
Tel: (305) 442-7443
Fax: (305) 441-9218
Email: courtmail@lawperez,com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed the foregoing document with the Clerk of the Court using CM/EFC which sent e-mail notification of such filing to all CM/EFC participants in this case on this 10th day of November 2020.

/s/ Emmanuel Perez

_____